```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK        X
--------------------------------------X
IN RE                                     CASE NO.        8-11-71217
MICHAEL SIGWART
```

**CHAPTER 13 PLAN**

```
                    Debtor(s).
--------------------------------------X
```

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor shall pay to the trustee for a period of <u>60</u> months, the sum of:

   * $1000 commencing <u>APRIL, 2011</u> through and including MARCH<u>, 2016</u>, the last month of the plan.

2. From the payments so received, the trustee shall make disbursements as follows:

    (a) Full payments in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507 including Jacoby & Jacoby in the amount of $1500

    (b) Holder of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

NASSAU EDUCATORS(ACCT 0204 AUTO LOAN ON 2006 FORD ESCAPE) IS CURRENT AND TO BE PAID OUTSIDE PLAN.

    (c) Subsequent and/or concurrently with distribution to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

Pro rata distribution to all timely filed proofs of claims not less than 100%

3. The following executory contracts of the debtor are rejected:
         **NONE**
   Title to the debtor(s) property shall revest in the debtor upon completion of the plan, unless otherwise provided in the Order confirming this plan

   Throughout the term of this plan, debtor agrees that debtor will not incur post-petition debt over $1500.00 without first notifying the Chapter 13 trustee in writing.

```
Dated:3/1/11                         /S MICHAEL SIGWART
/S RICHARD JACOBY
RICHARD Jacoby, Esq.
Attorney for Debtor(s)
```